UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD YOONESSI, | No. 2:23-cv-0023 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| LETITIA JAMES, et al., | |
| Defendants. | |

Plaintiff Mahmood Yoonessi is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On March 2, 2023, defendants Letitia James and Merrill Tisch filed a motion for an extension of time to respond to plaintiff's complaint. (ECF No. 6.) Therein, defendants explain that they are "New York State Defendants," which "are rarely, if ever, sued in the United States District Courts outside the State of New York." (ECF No. 6-1 at 2.) Accordingly, defendants request 45 days to respond to plaintiff's complaint. (Id.) On March 23, 2023, plaintiff filed an opposition to defendants' motion. (ECF No. 7.) The undersigned finds that defendants have established good cause for granting an extension of time to respond.[1]

////

---

[1] The undersigned also finds defendants' motion suitable for resolution without a hearing pursuant to Local Rule 230(g).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' March 2, 2023 motion for an extension of time (ECF No. 6) is granted;

2. The April 7, 2023 hearing of defendants' motion for an extension of time is vacated; and

3. Defendants shall file a response to plaintiff's complaint within forty-five days of the date of this order.

Dated: April 3, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\yoonessi0023.eot.ord