UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD YOONESSI, | No. 2:23-cv-0023 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| LETITIA JAMES, et al., | |
| Defendants. | |

    Plaintiff Mahmood Yoonessi is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 7, 2023, defendant Kyle Wilcox filed a motion for an extension of time to respond to the complaint and noticed the motion for hearing before the undersigned on May 19, 2023. (ECF Nos. 10 & 12.) Defendant's motion explains that additional time is needed to evaluate plaintiff's complaint. The undersigned finds that the defendant has established good cause for granting an extension of time to respond.[1]

    Moreover, pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendant's motion not less "than fourteen (14) days after the motion was filed." Plaintiff, however, has failed to file a timely opposition or statement of non-opposition.

---

[1] The undersigned also finds defendant's motion suitable for resolution without a hearing pursuant to Local Rule 230(g).

1

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[2];

2. Defendant's April 7, 2023 motion for an extension of time (ECF No. 10) is granted;

3. Within twenty-eight days of the date of this order defendant shall file a response to plaintiff's complaint;

4. The May 19, 2023 hearing of defendant's motion is vacated; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: May 10, 2023          /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\yoonessi0023.eot.grnt.osc

---

[2] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.