

# United States District Court
# Eastern District of California

| | |
|---|---|
| Mahmood Yoonessi | Case Number: 2:23-cv-00023-TLN-DB |
| Plaintiff(s) | |
| V. | |
| Letitia James, et al | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert P. Lynch Jr. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kyle Wilcox, Assistant Attorney General for the State of Ohio

On 05/22/2000 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/06/2023          Signature of Applicant: /s/ Robert P. Lynch Jr.

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert P. Lynch Jr. |
| Law Firm Name: | Gordon Rees Scully Mansukhani |
| Address: | 41 South High Street, Suite 2495 |
| City: | Columbus    State: OH    Zip: 43215 |
| Phone Number w/Area Code: | (614) 364-0980 |
| City and State of Residence: | Moreland Hills, Ohio |
| Primary E-mail Address: | rplynch@grsm.com |
| Secondary E-mail Address: | Col_Docket@grsm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kristin Blocher |
| Law Firm Name: | Gordon Rees Scully Mansukhani |
| Address: | 3 Parkcenter Drive, Suite 200 |
| City: | Sacramento    State: CA    Zip: 95825 |
| Phone Number w/Area Code: | (916) 565-2900    Bar # 283730:06/2012 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 05/10/2023

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Robert Patrick Lynch Jr.**
Attorney Registration No. **0072037**

was admitted to the practice of law in Ohio on May 22, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 9th day of March, 2023.

GINA WHITE PALMER
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Specialist*
*Office of Attorney Services*

No. 2023-03-09-1
Verify by email at GoodStandingRequests@sc.ohio.gov

ROBERT P. LYNCH JR. (SBN: 0072037)
rplynch@grsm.com
KRISTIN A. BLOCHER (SBN: 283730)
kblocher@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6546
Facsimile: (916) 920-4402

Attorneys for Defendant
MEDICAL BOARDS OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD YOONESSI AND MYOONESSI, MD PC,<br><br>Plaintiff,<br><br>vs.<br><br>LETITIA JAMES; WILLIAM PRASIFKA; KYLE WILCOX; MERRILL TISCH; MEDICAL BOARDS OF CALIFORNIA; OHIO STATE UNIVERSITY OF NEW YORK AT BUFFALO; CHASE BANK; and DOES 1-10;<br><br>Defendants. | CASE NO. 2:23-cv-00023-TLN-DB<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: January 6, 2023 |

-1-
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**
*Mahmood Yoonessi, et al. v. Letitia James, et al.*
USDC Eastern District Case No.: 2:23-cv-00023-TLN-DB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, LLP, 3 Parkcenter Drive, Suite 200, Sacramento, CA 95825.  On the date below, I served the within documents:

**PRO HAC VICE APPLICATION AND PROPOSED ORDER**

☐ **Via Email**:  By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below.  During the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.

☐ **Via FedEx:**  By placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

☒ **Via U.S. Mail:**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Sacramento, addressed as set forth below.

   *Plaintiff, Pro Se*
   Mahmood Yoonessi
   6790 Crest Road
   Rancho Palos Verdes, CA  90275
   myoonessi@cox.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on **April 6, 2023** at Sacramento, California.

Jessica N. Haguisan