UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD YOONESSI, | No. 2:23-cv-0023 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| LETITIA JAMES, et al., | |
| Defendants. | |

Plaintiff Mahmood Yoonessi is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 10, 2023, the undersigned issued an order to show cause to plaintiff due to plaintiff's failure to file an opposition or statement of non-opposition to defendants' motion for an extension of time to file an answer. (ECF No. 13.) On May 24, 2023, plaintiff filed a "Response to OSC . . . and Motion for Summary Judgment." (ECF No. 17 at 1.) On June 8, 2023, defendant Kyle Wilcox filed a request for an extension of time to respond to plaintiff's motion for summary judgment. (ECF No. 19.)

Summary judgment should be entered, after adequate time for discovery and upon motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial. See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986)). Here, discovery has not yet commenced and

thus there has not been adequate time for discovery.  Moreover, plaintiff's motion was not noticed for hearing in violation of Local Rule 230.  Accordingly, the motion for summary judgment will be denied without prejudice to renewal.

Moreover, on May 19, 2023, and June 7, 2023, defendants filed motions to dismiss.  (ECF Nos. 16 & 18.)  Pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendant's motions not less "than fourteen (14) days after the motion was filed."  Plaintiff was previously advised of this requirement in the May 10, 2023 order to show cause.  Nonetheless, plaintiff has again failed to file a timely opposition or statement of non-opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.  In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct and to file an opposition or statement of non-opposition to defendants' motions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 24, 2023, motion for summary judgment (ECF No. 17) is denied without prejudice to renewal;

2. Plaintiff shall show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

3. Defendant's June 8, 2023 motion for an extension of time (ECF No. 19) is denied as having been rendered moot;

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4. The August 18, 2023 hearing of defendants' motions to dismiss (ECF Nos. 16 & 18) is continued to **Friday, October 27, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[2];

5. On or before **October 6, 2023**, plaintiff shall file an opposition or statement of non-opposition to defendants' motions[3];

6. On or before **October 13, 2023**, defendants shall file a reply, if any; and

7. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: July 31, 2023               /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\yoonessi0023.eot.grnt.osc2

---

[2] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[3] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.