UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD YOONESSI,<br><br>   Plaintiff,<br><br>   v.<br><br>LETITIA JAMES, et al.,<br><br>   Defendants. | No.  2:23-cv-0023-TLN-SCR<br><br>**ORDER** |

Plaintiff Mahmood Yoonessi ("Plaintiff"), proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 14, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 78.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2025 (ECF No. 78) are adopted in full;

2. Defendants' Motions to Dismiss (ECF Nos. 37, 43, 45 and 56) are GRANTED and the action is dismissed without further leave to amend;

3. Plaintiff's Motions for Default Judgment (ECF Nos. 32 and 47) are DENIED; and

4. Plaintiff's Motions to Vacate (ECF Nos. 66, 67, and 68) are DENIED.

IT IS SO ORDERED.

Date: February 12, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2