# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**MAHMOOD YOONESSI ,**                                    **JUDGMENT IN A CIVIL CASE**

                                                          CASE NO: **2:23−CV−00023−TLN−SCR**

                        v.

**LETITIA JAMES , ET AL. ,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

   **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/13/2025 .**

ENTERED:   **February 13, 2025**      _/s/_ **Keith Holland**_____
                                            Clerk of Court